IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMES JORDANOFF, )
)
        Petitioner, )
)
v. ) Case No. CIV-14-512-R
)
WARDEN RIOS, et al., )
)
        Respondents. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell. Doc. No. 11. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2254 petition of James Jordanoff for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of July, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE